## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-22 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DENNIS MCKENZIE, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Thomas M. Parker Report and Recommendation that the Court accept the plea of guilty of defendant Dennis McKenzie and enter a finding of guilty against defendant. (Doc. No. 25.)

On January 8, 2020, the government filed an Indictment against defendant. (Doc. No. 1.) On March 2, 2021, this Court issued an order assigning this case to Magistrate Judge Parker for the purpose of receiving defendant's guilty plea. (Doc. No. 21.)

On March 16, 2021, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Indictment, charging him with Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. Section 922(g)(1) and 924(a)(2). Magistrate Judge Parker received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 25.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is REJECTED. Specifically, the Court finds that the defendant was not properly advised of his appellate

rights. Accordingly, the defendant's plea of guilty is NOT APPROVED.

At the request of the parties, a new plea hearing is scheduled for June 3, 2021 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: June 3, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**